**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION DERIVATIVE LITIGATION | No. 2:17-cv-01248-KM-CLW<br><br>Hon. Kevin McNulty<br><br>**NOTICE OF MOTION TO DISMISS** |

**COUNSEL:**

    **PLEASE TAKE NOTICE** that on Monday, March 21, 2022 at 9 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Gordon J. Coburn and Steven E. Schwartz shall move before the Honorable Kevin McNulty, District Judge, United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, Room PO 04, 50 Walnut Street, Newark, NJ 07101, for an Order Dismissing All Counts of the First Amended Consolidated Verified Shareholder Derivative Complaint Against Defendants Coburn and Schwartz with Prejudice pursuant to Rule 12(b)(6) and Rule 23.1 of the Federal Rules of Civil Procedure.

    **PLEASE TAKE FURTHER NOTICE** that in support of this motion Defendants Coburn and Schwartz shall rely on the Memorandum of Law attached hereto.

**PLEASE TAKE FURTHER NOTICE** that Defendants Coburn and Schwartz request oral argument unless no opposition is filed by counsel.

[Remainder of page intentionally left blank.]

Dated: February 14, 2022 | Respectfully submitted,

/s/ Nina Yadava | /s/ Alison R. Benedon

**JONES DAY**
Robert C. Micheletto (*pro hac vice*)
Nina Yadava (*pro hac vice*)
Sarah D. Efronson (*pro hac vice*)
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3939
Fax: (212) 755-7306
rmicheletto@jonesday.com
nyadava@jonesday.com
sefronson@jonesday.com

*Counsel for Defendant*
*Gordon J. Coburn*

**TANENBAUM KEALE LLP**
James Holsey Keale
Three Gateway Center, Suite 1301
100 Mulberry Street
Newark, NJ 07102
Tel: (973) 242-0002
Fax: (973) 242-8099
jkeale@tktrial.com

*Liaison Counsel for Defendant*
*Gordon J. Coburn*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Theodore V. Wells, Jr.
Andrew J. Ehrlich
(*pro hac vice* forthcoming)
Alison R. Benedon
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
twells@paulweiss.com
aehrlich@paulweiss.com
abenedon@paulweiss.com

Matthew Stachel
(*pro hac vice* forthcoming)
500 Delaware Avenue
Wilmington, DE 19801
(302) 655-4410
mstachel@paulweiss.com

*Counsel for Defendant*
*Steven E. Schwartz*