# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION DERIVATIVE LITIGATION<br><br>―――――――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 2:17-cv-01248-KM-CLW<br><br>**SECOND DECLARATION OF CHARLES A. BROWN IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED CONSOLIDATED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** |

I, Charles A. Brown, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Goodwin Procter LLP, counsel of record for Defendants Zein Abdalla, Maureen Breakiron-Evans, Jonathan Chadwick, Ramakrishnan Chandrasekaran, Francisco D'Souza, John N. Fox, Jr., John E. Klein, Leo S. Mackay, Jr., Karen McLoughlin, Rajeev Mehta, Lakshmi Narayanan, Michael Patsalos-Fox, Robert E. Weissman, and Thomas M. Wendel, and Nominal Defendant Cognizant Technology Solutions Corporation ("Cognizant") in the above-captioned action. I respectfully submit this second declaration in support of Motion to Dismiss First Amended Consolidated Verified Shareholder Derivative Complaint.

2. Attached as Exhibit Q is a true and correct copy of Cognizant's 2014 Sustainability Report.

3. Attached as Exhibit R is a true and correct copy of Cognizant's 2015 Sustainability Report.

4. Attached as Exhibit S is a true and correct copy of the Post-Trial Stipulation and Order for Plaintiff's Inspection of Books and Records Under 8 <u>Del. C.</u> § 220 in <u>Irving Firemen's Relief & Ret. Fund v. Cognizant Tech. Sols. Corp.</u>, Case No. 2017-0243-SG (Del. Ch. filed Feb. 2, 2018).

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2022      <u>/s/ Charles A Brown</u>
New York, New York      Charles A. Brown