COHN LIFLAND PEARLMAN
  HERMANN & KNOPF LLP
PETER S. PEARLMAN
MATTHEW F. GATELY
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com
mfg@njlawfirm.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| In re COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION DERIVATIVE LITIGATION | ) ) ) ) | No. 2:17-cv-01248-KM-CLW<br><br>NOTICE OF APPEAL |
|---|---|---|
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) ) ) ) | |

Notice is hereby given that Plaintiffs in the above-captioned case, Josh Schaufelberger, Brian Hayden, Tim Keeley, Robert Calhoun, Glyn Ramage, Robert Green, Steven Tyler, and Michael Testerman, in their capacities as Trustees of the Employers and Laborers Locals 100 and 397 Pension Fund; Michael S. Graniero, III; John Lautzenheiser; and James B. Hoy, as Trustee and Beneficiary of the James B. Hoy & Marjorie A. Hoy TTES FBO Marjorie A. Hoy Rev. Liv. Trust, appeal to the United States Court of Appeals for the Third Circuit from the final Order that was entered on September 27, 2022 (ECF 88), as well as all prior opinions and orders that have merged into the final Order (including, but not limited to, the September 27, 2022 Opinion granting defendants' motion to dismiss (ECF 87)).

DATED:  October 27, 2022

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
MATTHEW F. GATELY

*s/Peter S. Pearlman*
PETER S. PEARLMAN

250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel for Plaintiffs

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
BENNY C. GOODMAN III
ERIK W. LUEDEKE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120
Telephone:  405/235-1560
405/239-2112 (fax)

Lead Counsel for Plaintiffs

KANTROWITZ GOLDHAMER,
  GRAIFMAN, P.C.
GARY S. GRAIFMAN
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Telephone: 845/365-2570

CAVANAGH & O'HARA
BRITT W. SOWLE
101 West Vandalia Street, Suite 245
Edwardsville, IL  62025
Telephone:  618/692-5250
618/692-5254 (fax)

Counsel for Plaintiffs Josh Schaufelberger, Brian Hayden, Tim Keeley, Robert Calhoun, Glyn Ramage, Robert Green, Steven Tyler and Michael Testerman, in their capacities as Trustees of the Employers and Laborers Locals 100 and 397 Pension Fund

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
JAMES M. FICARO
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Telephone: 610/225-2677
610/408-8062 (fax)

Counsel for Plaintiff Michael S. Graniero, III

GARDY & NOTIS, LLP
JENNIFER SARNELLI
JAMES S. NOTIS
560 Sylvan Avenue, Suite 3085
Englewood Cliffs, NJ 07632
Telephone: 201/567-7377

HYNES & HERNANDEZ, LLC
MICHAEL J. HYNES
LIGAYA T. HERNANDEZ
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: 484/875-3116

BRAGAR EAGEL & SQUIRE, P.C.
MELISSA A. FORTUNATO
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: 212/308-5858

Counsel for Plaintiff James B. Hoy, as Trustee and Beneficiary of the James B. Hoy & Marjorie A. Hoy TTEES FBO Marjorie A. Hoy Rev Liv Trust

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 27, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/Peter S. Pearlman*
PETER S. PEARLMAN

COHN LIFLAND PEARLMAN
HERMANN & KNOPF LLP
PETER S. PEARLMAN
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone:  201/845-9600
201/845-9423 (fax)
Email:  psp@njlawfirm.com

4861-0689-3627.v1